IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-01881-REB-MJW

GREG SHRADER,

Plaintiff,

v.

DR.  ALAN BIDDINGER,
EARIK BEANN,
WAVE 59 TECHNOLOGIES INT'L INC.,
WILLIAM BRADSTREET STEWART,
INSTITUTE OF COSMOLOGICAL ECONOMICS,
SACRED SCIENCE INSTITUTE,   and
WAVE 59 TECHNOLOGIES INT'L INC. OWNER'S [sic]  AND OFFICERS,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby **ORDERED** that defendant Biddinger's Motion to Strike Plaintiff's "Objections to Defendants - Response to Biddinger Reply Brief in Support of Defendants Biddingers Motion to Dismiss (1) Lack of Personal Jurisdiction, (2) Failure to State a Claim and (3) for Sanctions and Attorney's Fees" (Dkt. No. 21) filed on November 10, 2010 **(Docket No. 24)** is granted, and thus Docket No. 21 is stricken. Docket No. 21 is a sur-reply.  Plaintiff did not seek leave of court to file Docket No. 21.

Date: November 18, 2010