IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-01881-REB-MJW

GREG SHRADER,

Plaintiff(s),

v.

DR.  ALAN BIDDINGER,
EARIK BEANN,
WAVE 59 TECHNOLOGIES INT'L INC.,
WILLIAM BRADSTREET STEWART,
INSTITUTE OF COSMOLOGICAL ECONOMICS,
SACRED SCIENCE INSTITUTE,   and
WAVE 59 TECHNOLOGIES INT'L INC. OWNER'S [sic]  AND OFFICERS,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendants Wave 59 Technologies Int'l Inc. and Earik Beann's Unopposed Motion for Stay of Proceedings (docket no. 22) is DENIED. The parties are granted leave to seek Administrative Closure of this case consistent with  D.C.COLO.LCivR 41.2.

D.C. COLO.LCivR 41.2 states: **A district judge or a magistrate judge exercising consent jurisdiction may direct the clerk to close a civil action administratively subject to reopening for good cause**.

It is FURTHER ORDERED this case remains set for a Status Conference before Magistrate Judge Watanabe on December 8, 2010, at 10:00 a.m.  The parties shall appear in person for the Status Conference and shall comply with this court minute order (docket no.6).

Date:   November 18, 2010