# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  10-cv-01881-REB-MJW           FTR - Courtroom A-502

**Date:**  December 08, 2010                       Courtroom Deputy, Ellen E. Miller

<u>*Parties*</u>                                    <u>*Counsel*</u>

GERG SHRADER,                                      Pro Se

    Plaintiff(s),

v.

DR.  ALAN BIDDINGER,                               Thomas B. Kelley
EARIK BEANN,                                       Jonathan A. Braun
WAVE 59 TECHNOLOGIES INT'L INC.,
WILLIAM BRADSTREET STEWART,                        - - - - -
INSTITUTE OF COSMOLOGICAL ECONOMICS,               - - - - -
SACRED SCIENCE INSTITUTE,   and                    - - - - -
WAVE 59 TECHNOLOGIES INT'L INC. OWNER'S            - - - - -
  AND OFFICERS,

    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   STATUS   CONFERENCE**
**Court in session:**  10:07 a.m.
Court calls case.  Appearance of *Pro Se* plaintiff and defense counsel.

Status of the case is discussed.

**It is ORDERED:**         A   SHOW   CAUSE   HEARING   is set regarding service of
William Bradstreet Stewart, Institute of Cosological Economics, and
Sacred Science Institute **JANUARY 27, 2011   at   8:30 a.m.** in
Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse,
901 19th Street, Denver, Colorado 80294.   A written Order to Show
Cause shall issue.

Anyone seeking entry into a United States Courthouse is required to show a valid current photo identification.  <u>See</u> D.C.COLO.LCivR 83.2.  Failure to comply with this requirement may result in denial of entry to the courthouse.

Plaintiff requests that defendants send their documents to him via U.S. Postal Service mail and e-mail.  Defendants who are present agree and verify that plaintiff's e-mail address is greg1958@brightok.net          greg1958@brightok.net

**It is ORDERED:**   Plaintiff's  MOTION TO BE RE-INBURESED [sic] FOR SERVICE OF PROCESS TO DEFENDANT EARIK BEANN, WAVE59 TECHNOLOGIES INT'L INC, AND WAVE 59 OFFIERS [sic]   AND OWNERS [DOCKET NO. **17**] is **DENIED** for reasons as set forth on the record.  Additional time for service is given in that the Show Cause Hearing is set January 27, 2011 at 8:30 a.m.  The request to serve by publication is denied.

**It is ORDERED:**   Parties shall have to and including **DECEMBER 23, 2010** to file any response to MOTION OF DEFENDANTS WAVE59 TECHNOLOGIES INT'L INC. AND EARIK BEANN TO CLOSE MATTER ADMINISTRATIVELY OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS [Docket No. **34**, Filed December 03, 2010].

Defendant Dr. Biddinger's Statement of Position [Docket No. 32] may be re-filed as a response.

HEARING CONCLUDES.

**Court in recess:**   10:27 a.m.
Total In-Court Time:   00:20

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.