IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01881-REB-MJW

GREG SHRADER,

Plaintiff,

v.

DR. ALAN BIDDINGER,
EARIK BEANN,
WAVE 59 TECHNOLOGIES INT'L INC.,
WILLIAM BRADSTREET STEWART,
INSTITUTE OF COSMOLOGICAL ECONOMICS,
SACRED SCIENCE INSTITUTE, and
WAVE 59 TECHNOLOGIES INT'L INC. OWNER'S [sic] AND OFFICERS,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Defendant Alan Biddinger's Second Motion to Strike Plaintiff's Unauthorized Briefs **(Docket No. 53)** is granted, and thus Docket Nos. 49 and 50 are stricken.

Docket No. 49 is substantially similar to Docket No. 21, which was previously stricken by this court. (Docket No. 26, Minute Order filed November 18, 2010). Like Docket No. 21, Docket No. 49 is a sur-reply, and plaintiff did not seek leave of court to file such. Plaintiff cannot file this document through a back door by incorporating it by reference in Docket No. 50, which is a response to a response to another motion. Docket No. 50 in fact does not respond to the arguments made in Docket No. 47 but instead responds to the arguments raised in defendant Biddinger's motion to dismiss (Docket No. 7). Briefing on defendant Biddinger's motion to dismiss (Docket No. 7) is closed. Any further briefing by plaintiff with respect to that motion to dismiss will be stricken.

Date: January 5, 2011