IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-01881-REB-MJW

GREG SHRADER,

Plaintiff,

v.

DR.  ALAN BIDDINGER,
EARIK BEANN,
WAVE 59 TECHNOLOGIES INT'L INC.,
WILLIAM BRADSTREET STEWART,
INSTITUTE OF COSMOLOGICAL ECONOMICS,
SACRED SCIENCE INSTITUTE,   and
WAVE 59 TECHNOLOGIES INT'L INC. OWNER'S [sic]  AND OFFICERS,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Plaintiff's Motion by Plaintiff for United States Marshalls [sic] to Server [sic] William Bradstreet Stewart, Institute of Cosmoloical [sic] Economics and Sacred Science Institute (docket no. 62) is GRANTED as follows.

Service on the unserved defendants shall be made by the U.S. Marshal Service pursuant to Fed. R. Civ. P. 4(c)(3) after the Pro Se Plaintiff contacts the U.S. Marshal Service, complies with the procedures of the U.S. Marshal Service for service on the unserved defendants, and pays any and all costs for such service of process as required by the U.S. Marshal Service.  Plaintiff will need to provide the U.S. Marshal Service with addresses other than Post Office Box addresses for each of the unserved defendants in order for service to be effected.  It is not the responsibility of the U.S. Marshal Service to ascertain the unserved defendants' current addresses for the plaintiff.

Date:   February 2, 2011