IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01881-REB-MJW

GREG SHRADER,

Plaintiff,

v.

DR. ALAN BIDDINGER,
EARIK BEANN,
WAVE 59 TECHNOLOGIES INT'L INC.,
WILLIAM BRADSTREET STEWART,
INSTITUTE OF COSMOLOGICAL ECONOMICS,
SACRED SCIENCE INSTITUTE, and
WAVE 59 TECHNOLOGIES INT'L INC. OWNER'S [sic] AND OFFICERS,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Plaintiff's Amended Objections to and Request for Leave to File Amended Objections [sic] Plaintiff Motion of Objections to Defendant's Wave 59 Technologies Int'l Inc., and Earik Beann to Close Matter Administratively or, in the Alternative, to Stay the Proceedings (docket no. 46) is GRANTED. This court will considered the objections and arguments presented in docket no. 46 when this court considers the Motion of Defendants Wave 59 Technologies Int'l Inc. and Earik Beann to Close Matter Administratively or, in the Alternative, to Stay Proceedings (docket no. 34).

Date: February 8, 2011