IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01881-REB-MJW

GREG SHRADER,

Plaintiff,

v.

DR. ALAN BIDDINGER,
EARIK BEANN,
WAVE 59 TECHNOLOGIES INT'L INC.,
WILLIAM BRADSTREET STEWART,
INSTITUTE OF COSMOLOGICAL ECONOMICS,
SACRED SCIENCE INSTITUTE, and
WAVE 59 TECHNOLOGIES INT'L INC. OWNER'S [sic] AND OFFICERS,

Defendants.

**MINUTE ORDER**

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the plaintiff's Motion for Releif [sic] from Illegal Actions of the Defendants in this Case (Docket No. 87) in which the plaintiff asks the court to have the defendants investigated and prosecuted is denied. Plaintiff cannot have criminal charges filed against the defendants through a civil action such as this case. See Andrew v. County of Gilpin, 2010 WL 3341208, at *2 (D. Colo. Aug. 23, 2010) (and cases cited therein). If plaintiff wishes to pursue a criminal investigation or criminal charges, the proper procedure is not through this action. He should instead contact the appropriate law enforcement and/or prosecutorial authorities.

It is further **ORDERED** that the plaintiff's Motion for Extension of Time on Getting Scheduling Order Filed (Docket No. 85), is denied as moot. This motion appears to be the same as the motion filed on March 9, 2011 (Docket No. 80), and denied by this court on March 10, 2011 (Docket No. 84).

Date: March 16, 2011