IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01881-REB-MJW

GREG SHRADER,

Plaintiff,

v.

DR. ALAN BIDDINGER,
EARIK BEANN,
WAVE 59 TECHNOLOGIES INT'L INC.,
WILLIAM BRADSTREET STEWART,
INSTITUTE OF COSMOLOGICAL ECONOMICS,
SACRED SCIENCE INSTITUTE, and
WAVE 59 TECHNOLOGIES INT'L INC. OWNER'S [sic] AND OFFICERS,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion by Defendants William Bradstreet Stewart, Institute of Cosmological Economics, Inc. and Sacred Science Institute to Continue or Vacate Scheduling Conference and Related Dates (docket no. 90) is GRANTED for the following reason.

On March 10, 2011, this court issued a report and recommendation on Defendant Biddinger's Motion to Dismiss for Lack of Personal Jurisdiction (docket no. 83). Judge Blackburn has not accepted or rejected such recommendation as of the date of this minute order. If Judge Blackburn accepts this recommendation, then Defendant Biddinger would not have to further participate in this lawsuit. On March 22, 2011, the Motion of Defendants Wave 59 Technologies Int'l Inc., and Earik Beann to Dismiss this Matter Pursuant to F.R.C.P. [sic] 12(b)(6) (docket no. 98) was filed with this court. Moreover, the "Stewart" Defendants have indicated in the subject motion (docket no. 90) that they intend on filing a similar motion to dismiss for lack of personal jurisdiction. See paragraph 2. in docket no. 90. Noting the current posture of this case, I find good cause shown to continue the Rule 16 Scheduling Conference currently set on March 30, 2011, at 8:00 a.m.

If is FURTHER ORDERED that the Rule 16 Scheduling Conference set before Magistrate Judge Watanabe on March 30, 2011, at 8:00 a.m. is VACATED. The court will address the pending motion to dismiss (docket no. 98) and any motion to dismiss that may be filed by the "Stewart" Defendants before conducting a Rule 16 Scheduling

Conference.

Date:   March 23, 2011

_____