IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-01881-REB-MJW

GREG SHRADER,

Plaintiff,

v.

DR.  ALAN BIDDINGER,
EARIK BEANN,
WAVE 59 TECHNOLOGIES INT'L INC.,
WILLIAM BRADSTREET STEWART,
INSTITUTE OF COSMOLOGICAL ECONOMICS,
SACRED SCIENCE INSTITUTE,   and
WAVE 59 TECHNOLOGIES INT'L INC. OWNER'S [sic]  AND OFFICERS,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion for Continuance (Docket No. 113) is denied as moot.  See Docket No. 110.

It is further ORDERED that the plaintiff's Motion to Strike Sentence (Docket No. 111) is granted, and the sentence in Docket No. 107 concerning Mr. Polychron not sending plaintiff a copy of a motion is stricken.

Date:    April 6, 2011