IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No.   10-cv-01881-REB-MJW

GREG SHRADER,

Plaintiff,

v.

DR.  ALAN BIDDINGER,
EARIK BEANN,
WAVE 59 TECHNOLOGIES INT'L INC.,
WILLIAM BRADSTREET STEWART,
INSTITUTE OF COSMOLOGICAL ECONOMICS,
SACRED SCIENCE INSTITUTE,   and
WAVE 59 TECHNOLOGIES INT'L INC. OWNER'S [sic]  AND OFFICERS,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe


It is hereby **ORDERED** that the plaintiff's "OBJECTIONS TO MOTIONS BY DEFENDANTS WILLIAM BRADSTREET STEWART, INSTITUTE OF COSMOLOGICAL ECONOMICS,INC [sic] AND SACRED SCIECNCE [sic] INSTITUTE: (1) TO DISMISS FOR LACK OF PERSONAL JURISDICTION; (2) TO DISMISS FOR FAILURE TO STATE A CLAIM; (3) TO DISMISS FOR IMPROPER VENUE, AND (4) FOR ATTORNEY'S FEES AND SANCTIONS.  PLAINTIFF ALSO MOVES THIS HONORABLE COURT FOR SUMMARY OF JUDGEMENT [sic] AGAINST WILLIAM BRADSTREET STEWART, INSTITUTE OF COSMOLOGICAL ECONOMICS, INC AND SACRED SCIECNED [sic] INSTITUTE AND ATTORNEY'S FEES.  Leave of Court is requested as this brief has 60 pages" (Docket No. 126) is STRICKEN pursuant to D.C.COLO.LCivR 7.1(C) ("A motion shall not be included in a response or reply to the original motion.  A motion shall be made in a separate paper.").  Here, plaintiff has included two motions within his response, namely, a motion for summary judgment and a motion concerning the length of his document.

Date:    April 22, 2011