**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01881-REB–MJW

GREG SHRADER,

      Plaintiff,

v.

DR. ALAN BIDDINGER,
EARIK BEANN,
WAVE 59 TECHNOLOGIES INT'L INC., owners and officers,
WILLIAM BRADSTREET STEWART,
INSTITUTE OF COSMOLOGICAL ECONOMICS, and
SACRED SCIENCE INSTITUTE,

      Defendants.

---

**OVERRULING OBJECTIONS TO AND ADOPTING
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matters before me are (1) the **Recommendation on Defendant Biddinger's Motion To Dismiss Plaintiff's Complaint for lack of Personal Jurisdiction and Failure To State a Claim and for Sanctions and Attorneys' Fees (Docket No. 7)** [#83][1] filed March 10, 2011; and (2) plaintiff's **Objection to Defendant Biddinger's Out of Time Objections to Personal Jurisdiction** [#94] filed March 21, 2011. I overrule the objection, adopt the recommendation, and grant defendant Biddinger's motion to dismiss for lack of personal jurisdiction.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the

---

[1]"[#83]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw.  Moreover, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  ***See Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

The recommendation is detailed and well-reasoned.  Contrastingly, plaintiff's objections are imponderous and without merit.  Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation on Defendant Biddinger's Motion To Dismiss Plaintiff's Complaint for lack of Personal Jurisdiction and Failure To State a Claim and for Sanctions and Attorneys' Fees (Docket No. 7)** [#83] filed March 10, 2011, is **APPROVED AND ADOPTED** as an order of this court;

2.  That the objections stated in plaintiff's **Objection to Defendant Biddinger's Out of Time Objections to Personal Jurisdiction** [#94], filed March 21, 2011, are **OVERRULED**;

3.  That **Defendant Biddinger's Motion To Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction and Failure To State a Claim and for Sanctions and**

2

Attorneys' Fees [#7] filed October 6, 2010, is **GRANTED**;

    4.  That **Defendant Dr. Alan Biddinger's Motion To Reinstate Motion Pursuant to F.R.C.P. 12(b) Previously Denied Without Prejudice** [#75] filed March 7, 2011, is **DENIED AS MOOT**;

    5.  That plaintiff's claims against defendant, Dr. Alan Biddinger, are **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction over defendant in this forum;

    6.  That at the time judgment enters, judgment **SHALL ENTER** on behalf of defendant, Dr. Alan Biddinger, against plaintiff, Greg Shrader, as to all claims for relief and causes of action asserted herein; provided, however, that the judgment as to these claims shall be without prejudice;

    7.  That defendant Biddinger is **DROPPED** as a named party to this action, and the case caption **AMENDED** accordingly; and

    8.  That the defendant Dr. Alan Biddinger, **SHALL BE AWARDED** his reasonable attorney fees as required by §13-17-201, C.R.S.; provided that any motion for attorney fees **SHALL BE FILED** by May 18, 2011, and **SHALL CONFORM** in form ans substance to the requirements of **D.C.COLO.LCivR 54.3**.

    Dated April 27, 2011, at Denver, Colorado.

                                            **BY THE COURT:**

                                            Robert E. Blackburn
                                            United States District Judge