IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-01881-REB-MJW

GREG SHRADER,

Plaintiff,

v.

DR.  ALAN BIDDINGER,
EARIK BEANN,
WAVE 59 TECHNOLOGIES INT'L INC.,
WILLIAM BRADSTREET STEWART,
INSTITUTE OF COSMOLOGICAL ECONOMICS,
SACRED SCIENCE INSTITUTE,   and
WAVE 59 TECHNOLOGIES INT'L INC. OWNER'S [sic]  AND OFFICERS,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the ***Motion to Move Federal Magistrate Judge for Default Judgement [sic] Against Wave 59 Technologies Int'l Inc. Owners and Officers, DN 131,*** filed with the Court on May 2, 2011, is DENIED.

On May 2, 2011, (DN 133) the Court granted the ***Motion of Defendants Wave 59 Technologies Int'l Inc. and Earik Beann for Order Relieving Them From Filing Their Answer Until After the Court's Action on Their Motion to Dismiss, If Required, or, in the Alternative, Allowing Defendants to File Their Answer Immediately*** (DN 129), and entered a Minute Order accepting the ***Answer of Defendants Wave 59 Technologies Int'l Inc. and Earik Beann to Complaint***, (DN 134).

Date:    May 3, 2011