IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-01881-REB-MJW

GREG SHRADER,

Plaintiff,

v.

DR. ALAN BIDDINGER,
EARIK BEANN,
WAVE 59 TECHNOLOGIES INT'L INC.,
WILLIAM BRADSTREET STEWART,
INSTITUTE OF COSMOLOGICAL ECONOMICS,
SACRED SCIENCE INSTITUTE,   and
WAVE 59 TECHNOLOGIES INT'L INC. OWNER'S [sic]  AND OFFICERS,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Plaintiff's Motion for Leave of Court **(docket no. 136)** and Plaintiff [Plaintiff's] Motion for Leave for Filing Second Answer [Response] to William Bradstreet Stewart, Sacred Science Institute and the Institute of Cosmological Economics Motion to Dismiss **(docket no. 138)** are **GRANTED**.  This court will accept for filing Plaintiff Greg Shrader Objections to Motion by Defendants William Bradstreet Stewart, Institute of Cosmological Economics, Inc And Sacred Sciecnce [sic] Institute: (1) to Dismiss for Lack of Personal Jurisdiction; (2) to Dismiss for Failure to State a Claim; (3) to Dismiss for Improper Venue, and (4) for Attorney's Fees and Sanctions (docket no. 136-1).  This court will consider docket no. 136-1 as Plaintiff's Response to docket no. 118.

It is **FURTHER ORDERED** that the Plaintiff and the Defendants shall use **12-point font** on all future filings with this court.

Date:   May 5, 2011