IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01881-REB-MJW

GREG SHRADER,

Plaintiff,

v.

DR. ALAN BIDDINGER,
EARIK BEANN,
WAVE 59 TECHNOLOGIES INT'L INC.,
WILLIAM BRADSTREET STEWART,
INSTITUTE OF COSMOLOGICAL ECONOMICS,
SACRED SCIENCE INSTITUTE, and
WAVE 59 TECHNOLOGIES INT'L INC. OWNER'S [sic] AND OFFICERS,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Plaintiff's Motion for Leave of Court **(Docket No. 147)** is **denied as moot**. This motion is the same motion that plaintiff filed by facsimile on May 4, 2011 (Docket No. 138), which was granted by this court by Minute Order filed on May 5, 2011 (Docket No. 141). By mailing to the court the same motion already filed by facsimile, plaintiff has failed to comply with the directives contained in a Minute Order entered on April 15, 2011 (Docket No. 124), which ordered "that when filing papers by facsimile, plaintiff shall comply with the directives contained in D.C.COLO.LCivR 5.1. In particular, plaintiff shall maintain the original paper that was sent by facsimile rather than sending it to the court by mail. Mailing a document after it has been filed by facsimile when not ordered to do so by the court results in duplicative filings and a waste of judicial and clerk's office resources." It is thus further

**ORDERED** that the plaintiff shall forthwith stop mailing to the court motions that he has already filed by facsimile, otherwise sanctions may very well be imposed for failing to comply with the court's orders.

Date: May 10, 2011