**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01881-REB–MJW

GREG SHRADER,

      Plaintiff,

v.

EARIK BEANN,
WAVE 59 TECHNOLOGIES INT'L INC., owners and officers,
WILLIAM BRADSTREET STEWART,
INSTITUTE OF COSMOLOGICAL ECONOMICS, and
SACRED SCIENCE INSTITUTE,

      Defendants.

---

**MINUTE ORDER**[1]

---

The following matters are before the court for consideration: (1) **Plaitniff** (sic) **Motion For Leave of Court To Attach Clerk of Courts Denying Default, and Default Judgement** (sic) **docket no 155, To Plaintiff Written Objections To Docket No 135 Ruling By Magistrate Judge Watanabe, Dening** (sic) **Plaintiff Motion to Find Wave59 Technologies Int'l Owners and Officers in Default, For Failing To File an Answer** [#164][2]; and (2) **Plaitniff** (sic) **Motion Objections To Clerk of Courts Denying Default, and Default Judgement** (sic) **docket no 155, To Be Heard, Reviewed at The Same Time as Plaintiff Objections To Magistrate Judges Denying Plaitniff** (sic) **Request For Default Judgement** (sic) **Against The Wave59 Technologies Int'l Inc. Owners and Officers** [#165] both filed May 18, 2011.  Both motions are **DENIED** as moot in light of the court's **Order Sustaining Objection To Order of The United States Magistrate Judge** [#162] entered May 18, 2011.

      Dated:  May 19, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2]"[#164]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.