**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01881-REB–MJW

GREG SHRADER,

    Plaintiff,

v.

EARIK BEANN,
WAVE 59 TECHNOLOGIES INT'L INC.,
WILLIAM BRADSTREET STEWART,
INSTITUTE OF COSMOLOGICAL ECONOMICS,
SACRED SCIENCE INSTITUTE, and
WAVE 59 TECHNOLOGIES INT'L INC. OWNERS AND OFFICERS,

    Defendants.

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

**Blackburn, J.**

The matter before me is **Plaintiff** [sic] **Motion (reconsideration)** [sic] **of Doctet** [sic] **No. 162 Ruling by Federal Judge Blackburn.  Plaintiff** [sic] **Motion To Find the Wave59 Technologies Int'l Inc. Owners and Officers in Default, and Default Judgement** [sic]**, for Failing To File an Answer** [#171] filed May 24, 2011. The relief plaintiff requests is being reconsidered by the magistrate judge in the first instance pursuant to the very order plaintiff contests.  (*See* **Order Sustaining Objection to Order of the United States Magistrate Judge** at 3 & ¶¶ 3 & 4 at 4 [#162], filed May 18, 2011.)  Thus, the instant motion is moot.

    **THEREFORE, IT IS ORDERED** that **Plaintiff** [sic] **Motion (reconsideration)** [sic] **of Doctet** [sic] **No. 162 Ruling by Federal Judge Blackburn.  Plaintiff** [sic] **Motion To Find the Wave59 Technologies Int'l Inc. Owners and Officers in Default,**

**and Default Judgement** [sic]**, for Failing To File an Answer** [#171] filed May 24, 2011, is **DENIED AS MOOT**.

    Dated May 26, 2011, at Denver, Colorado.

                                            **BY THE COURT:**

*[Signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge