IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-01881-REB-MJW

GREG SHRADER,

Plaintiff(s),

v.

EARIK BEANN,
WAVE 59 TECHNOLOGIES INT'L INC.,
WILLIAM BRADSTREET STEWART,
INSTITUTE OF COSMOLOGICAL ECONOMICS,
SACRED SCIENCE INSTITUTE,   and
WAVE 59 TECHNOLOGIES INT'L INC. OWNER'S [sic]  AND OFFICERS,

Defendant(s).

## MINUTE ORDER

### Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaitntiff [sic] Motion for Legal Fees in Accordance with F.R.C.P. [sic] Rule 11 (Docket No. 240) and Plaitntiff [sic] 14th Motion to Object to, Mr. Braun is response of Defendants Earik Beann and Wave9 Technologies Int'l Inc. to Plaintiffs Eight Motion to Object. Mr. Brum Trying to Circumvent the F.R.C.P. Docket No. 238 (Docket No. 241) are both denied for the reasons stated in this court's Minute Order of December 22, 2011 (Docket No. 239), which denied plaintiff's numerous other motions seeking the same or similar relief.  Plaintiff is cautioned that filing similar motions may very well result in the imposition of sanctions.

Date:  December 29, 2011