**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01881-REB–MJW

GREG SHRADER,

    Plaintiff,

v.

EARIK BEANN,
WAVE 59 TECHNOLOGIES INT'L INC., owners and officers,
WILLIAM BRADSTREET STEWART,
INSTITUTE OF COSMOLOGICAL ECONOMICS, and
SACRED SCIENCE INSTITUTE,

    Defendants.

**MINUTE ORDER**[1]

    The matter is before the court on **Plaintiffs** [*sic*] **Request For Leave of Court to File Amended Written Objections To Defendant Biddinger and Earik Beann, Wave59 Technologies Int'l Inc, and Wave59 Technologies Int'l Inc Owners and Officers** [#265][2] filed March 12, 2012.  The motion is **DENIED**.

    Nothing in plaintiff's copious objections, which are well in excess of the court's practice standards, *see* **REB Civ. Practice Standard V.B.1**,[3] suggests that he had insufficient time to file thorough and substantive objections to the magistrate judge's report.  His belated discovery of yet further bases for objection does not provide good cause for allowing amendment.

    Dated: March 12, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#265]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[3] Although in violation of these standards, plaintiff has been given leeway based on his pro se status.