IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01881-REB-MJW

GREG SHRADER,

    Plaintiff,

v.

DR. ALAN BIDDINGER,
EARIK BEANN,
WAVE 59 TECHNOLOGIES INT'L INC.,
WILLIAM BRADSTREET STEWART,
INSTITUTE OF COSMOLOGICAL ECONOMICS,
SACRED SCIENCE INSTITUTE, and
WAVE 59 TECHNOLOGIES INT'L INC., OWNER'S [sic] AND OFFICERS,

    Defendants.

---

## JUDGMENT ON ATTORNEYS' FEES

---

This **Judgment on Attorneys' Fees** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order on Plaintiff [sic] Written Objections to Motion for Award of Attorney Fees (Docket No. 301), Motion for Entry of Money Judgment for Attorneys' Fees by Defendant-appellee Dr. Alan Biddinger (Docket No. 302), Motion of Wave59 Technologies Int'l, Inc. and Earik Beann for Appeal-related Attorneys' Fees (Docket No. 306), and Motion for Award of Attorneys' Fees Incurred on Appeal of Defendants William Bradstreet Stewart, Sacred Science Institute And Institute of Cosmological Economics, Inc. (Docket No. 308) [#313]** entered by Magistrate Judge Michael J. Watanabe on February 22, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the Motion for Entry of Money Judgment for Attorneys' Fees by Defendant-Appellee Dr. Alan Biddinger (Docket No. 302) is **GRANTED** to the extent that defendant Biddinger shall be awarded appellate-related attorney fees in the amount of **$22,366.50**;

2. That the Motion of Wave59 Technologies Int'l, Inc. and Earik Beann for Appeal-Related Attorneys' Fees (Docket No. 306) is **GRANTED**, and defendants Wave59 Technologies Int'l and Earik Beann shall be awarded appellate-related attorney fees in the amount of **$11,212.50**;

3. That the Motion for Award of Attorneys' Fees Incurred on Appeal of Defendants William Bradstreet Stewart, Sacred Science Institute and Institute of Cosmological Economics, Inc. (Docket No. 308) is **GRANTED**, and defendants William Bradstreet Stewart, Sacred Science Institute, and Institute of Cosmological Economics, Inc., shall be awarded appellate-related attorney fees in the amount of **$8,239.50**;

4. That **JUDGMENT IS ENTERED** awarding appellate-related attorney fees in the amount of **$22,366.50** in favor of defendant Dr. Alan Biddinger against plaintiff Greg Shrader;

5. That **JUDGMENT IS ENTERED** awarding appellate-related attorney fees in the amount of **$11,212.50** in favor of defendants Wave59 Technologies Int'l and Earik Beann against plaintiff Greg Shrader; and

6. That **JUDGMENT IS ENTERED** awarding appellate-related attorney fees in the amount of **$8,239.50** in favor of defendants William Bradstreet Stewart, Sacred Science Institute, and Institute of Cosmological Economics, Inc. against plaintiff Greg

Shrader.

DATED at Denver, Colorado, this 26th day of February, 2013.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Edward P. Butler
    Edward P. Butler
    Deputy Clerk

APPROVED BY THE COURT:

By: _____
Michael J. Watanabe
United States Magistrate Judge